UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
6 Campus Drive, Suite 304
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Select Portfolio Servicing,
Inc., as servicer for CSMC 2022-JR1 Trust
PETER A. LAWRENCE, ESQ.
SPS2786
bankruptcy@fskslaw.com

| In Re: | Case No.: 24-20282 VFP |
|---|---|
| CONRAD MANISERA | Chapter: 13 |
| Debtor(s). | Judge: HONORABLE VINCENT F. PAPALIA |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>Select Portfolio Servicing, Inc., as servicer for CSMC 2022-JR1 Trust</u>. This party is a party in interest in this case pursuant to a mortgage dated May 11, 2004 and recorded in the Office of the MORRIS County Clerk/Register on June 15, 2004 in Mortgage Book 17213, Page 273, and is a secured creditor in the foreclosure action. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    FEIN, SUCH, KAHN & SHEPARD, P.C.
                              Counsellors at Law
                              6 Campus Drive, Suite 304
                              Parsippany, New Jersey 07054

    DOCUMENTS:

    ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

    ☒ All documents and pleadings of any nature.

                                        **FEIN, SUCH, KAHN & SHEPARD, P.C.**
                                        Attorneys for Select Portfolio Servicing,
                                        Inc., as servicer for CSMC 2022-JR1 Trust

Dated: <u>October 17, 2024</u>        By:<u>/S/Peter A. Lawrence</u>
                                            PETER A. LAWRENCE, ESQ.

Case No.: 24-20282 VFP