Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  24−20282−VFP
                Chapter:  13
                Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Conrad Manisera
   113 Morris Avenue
   Denville, NJ 07834

Social Security No.:
   xxx−xx−5901

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           12/19/24
Time:          08:30 AM
Location:     Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 7, 2024
JAN:

                Jeanne Naughton
                Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Conrad Manisera  
    Debtor

Case No. 24-20282-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Nov 07, 2024      Form ID: 132      Total Noticed: 16

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Conrad Manisera, 113 Morris Avenue, Denville, NJ 07834-1736 |
| 520430968 | + | BP-JR 1 Loan Trust, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 520426482 | + | Belsole and Kurnos, LLC, 3 Prospect Street, Morristown, NJ 07960-6809 |
| 520426483 | + | Christine Manisera, 113 Morris Avenue, Denville, NJ 07834-1736 |
| 520426484 | + | Denville Dog, 99 Bloomfield Avenue, Denville, NJ 07834-2728 |
| 520426487 | + | Joseph J. Fritzen, Esq., 136 East Main Street, Unit 3, Denville, NJ 07834-2649 |
| 520426488 | + | Milelli Denville LLC, 900 Lanidex Plaza, Suite 113, Parsippany, NJ 07054-2707 |
| 520426489 | + | Morris & Hantman, 168 E. Main Street, Denville, NJ 07834-2698 |
| 520426492 | + | Steven Marovitz, 26 Heather Lane, Randolph, NJ 07869-3329 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 07 2024 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 07 2024 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520437047 | | Email/Text: mrdiscen@discover.com | Nov 07 2024 20:48:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520430861 | + | Email/Text: RASEBN@raslg.com | Nov 07 2024 20:48:00 | Federal Home Loan Mortgage Corporation, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 520426485 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Nov 07 2024 20:49:00 | Fein, Such, Kahn & Shepard, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4673 |
| 520426486 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 07 2024 20:49:00 | Internal Revenue Service, 955 S. Springfield Avenue, Bldg A, Springfield, NJ 07081 |
| 520426490 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 07 2024 20:50:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | BP-JR 1 Loan Trust, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| cr | *+ | Federal Home Loan Mortgage Corporation, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 520426491 | *+ | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 07, 2024 | Form ID: 132 | Total Noticed: 16 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2024            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2024 at the address(es) listed below:**

**Name** | **Email Address**

Andrew G. Greenberg
   on behalf of Debtor Conrad Manisera a.greenberglawfirm@verizon.net

Denise E. Carlon
   on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Kimberly A. Wilson
   on behalf of Creditor Federal Home Loan Mortgage Corporation kimwilson@raslg.com

Kimberly A. Wilson
   on behalf of Creditor BP-JR 1 Loan Trust kimwilson@raslg.com

Marie-Ann Greenberg
   magecf@magtrustee.com

Peter Adel Lawrence, I
   on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for CSMC 2022-JR1 Trust bankruptcy@fskslaw.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7