| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)0d**<br>**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Kimberly Wilson, Esq. 031441997 | CASE NO.: 24-20282-VFP<br>CHAPTER 13<br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:**<br><br>**Conrad Manisera,**<br>　　　　Debtor. | |

# OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

BP-JR 1 Loan Trust ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE #13), and states as follows:

1. Debtor, Conrad Manisera ("Debtor") filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on October 16, 2024

2. Secured Creditor holds a security interest in the Debtor's real property located at 113 Morris Avenue Denville, NJ 07834, by virtue of a Mortgage recorded on June 15, 2004 in book 17213 at page 273 of the Public Records of Morris County, NJ. Said Mortgage secures a Note in the amount of $100,100.00.

3. The Debtor filed a Chapter 13 Plan on November 7, 2024.

4. The arrears proposed in the Plan are insufficient to satisfy the pre-petition arrears. The Secured Creditor estimates arrears will be $21,763.07.

5. Secured Creditor objects to any plan that does not satisfy and pay the full pre-petition arrears subject to the filing of the claim and the regular monthly payment direct to lender.

6. As such, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan in the event the full proof of claim arrears are not being paid, and for such other and further relief as the Court may deem just and proper.

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Authorized Agent for Secured Creditor
130 Clinton Road, Suite 202, Lobby B
Fairfield, NJ 07004
Telephone: 973-575-0707
Fax: 973-404-8886

By: /s/ Kimberly Wilson
Kimberly Wilson, Esquire
NJ Bar Number # 031441997
Email: kimwilson@raslg.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)0d**<br>**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Kimberly Wilson, Esq. 031441997 | CASE NO.: 24-20282-VFP<br>CHAPTER 13<br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:**<br><br>**Conrad Manisera,**<br>           **Debtor.** | |

# CERTIFICATION OF SERVICE

1. I, <u>Devin Atchison</u>, am the secretary/paralegal for <u>Robertson, Anschutz, Schneid, Crane & Partners, PLLC</u>, who represents BP-JR 1 Loan Trust in the above-captioned matter.

2. On  November 19, 2024, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below:

   **OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN; Certificate of Service.**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date : 11/19/2024

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Authorized Agent for Secured Creditor
130 Clinton Road, Suite 202, Lobby B
Fairfield, NJ 07004
Telephone: 973-575-0707
By: <u>/s/ Devin Atchison</u>
Email: <u>datchison@raslg.com</u>

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew G. Greenberg<br>Law Offices of Andrew G. Greenberg<br>4400 Route 9 South, Suite 1000<br>Freehold, NJ 07728 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Conrad Manisera<br>113 Morris Avenue<br>Denville, NJ 07834 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |