UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840



Order Filed on March 3, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

CONRAD MANISERA

Case No.:  24-20282VFP

Hearing Date:  2/6/2025

Judge:  VINCENT F. PAPALIA

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

DATED: March 3, 2025

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Case No.: 24-20282VFP

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 02/06/2025 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Trustee must received and posted a payment of $1,999.00 by the Debtor no later than 2/20/2025 or the case will be dismissed without further hearing or notice to debtor(s) and debtor's attorney.