Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−20282−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Conrad Manisera
113 Morris Avenue
Denville, NJ 07834

Social Security No.:
xxx−xx−5901

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/4/25.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 4, 2025
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                       Case No. 24-20282-VFP
Conrad Manisera                                                                              Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 2
Date Rcvd: Mar 04, 2025        Form ID: 148        Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Conrad Manisera, 113 Morris Avenue, Denville, NJ 07834-1736 |
| 520430968 | + | BP-JR 1 Loan Trust, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 520426482 | + | Belsole and Kurnos, LLC, 3 Prospect Street, Morristown, NJ 07960-6809 |
| 520426483 | + | Christine Manisera, 113 Morris Avenue, Denville, NJ 07834-1736 |
| 520426484 | + | Denville Dog, 99 Bloomfield Avenue, Denville, NJ 07834-2728 |
| 520495776 | + | Interstate Waste Services of NJ, C/O Fein Such Kahn & Shepard PC, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4406 |
| 520426487 | + | Joseph J. Fritzen, Esq., 136 East Main Street, Unit 3, Denville, NJ 07834-2649 |
| 520426488 | + | Milelli Denville LLC, 900 Lanidex Plaza, Suite 113, Parsippany, NJ 07054-2707 |
| 520426489 | + | Morris & Hantman, 168 E. Main Street, Denville, NJ 07834-2698 |
| 520426492 | + | Steven Marovitz, 26 Heather Lane, Randolph, NJ 07869-3329 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 04 2025 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 04 2025 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520486472 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 04 2025 21:04:00 | BP-JR 1 Loan Trust, c/o Select Portfolio Servicing, Inc.,, P.O. Box 65250,, Salt Lake City, UT 84165-0250 |
| 520487179 | | EDI: BANKAMER | Mar 05 2025 01:44:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520437047 | | EDI: DISCOVER | Mar 05 2025 01:44:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520430861 | + | Email/Text: RASEBN@raslg.com | Mar 04 2025 21:02:00 | Federal Home Loan Mortgage Corporation, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 520490554 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 04 2025 21:04:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520426485 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Mar 04 2025 21:02:00 | Fein, Such, Kahn & Shepard, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4673 |
| 520426486 | | EDI: IRS.COM | Mar 05 2025 01:44:00 | Internal Revenue Service, 955 S. Springfield Avenue, Bldg A, Springfield, NJ 07081 |
| 520426490 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 04 2025 21:04:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | BP-JR 1 Loan Trust, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| cr | *+ | Federal Home Loan Mortgage Corporation, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 520426491 | *+ | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 06, 2025            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew G. Greenberg | on behalf of Debtor Conrad Manisera a.greenberglawfirm@verizon.net |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor Federal Home Loan Mortgage Corporation kimwilson@raslg.com |
| Kimberly A. Wilson | on behalf of Creditor BP-JR 1 Loan Trust kimwilson@raslg.com |
| Kimberly A. Wilson | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 kimwilson@raslg.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Peter Adel Lawrence, I | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for CSMC 2022-JR1 Trust bankruptcy@fskslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8