| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br><br> **Marie-Ann Greenberg, MAG-1284** <br> **Marie-Ann Greenberg, Standing Trustee** <br> **30 TWO BRIDGES ROAD** <br> **SUITE 330** <br> **FAIRFIELD, NJ  07004-1550** <br> **973-227-2840** <br> **Chapter 13 Standing Trustee** | Order Filed on March 4, 2025 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| IN RE: <br><br> CONRAD MANISERA | Case No.:    24-20282 VFP <br><br> Chapter:    13 |

# ORDER OF DISMISSAL

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 4, 2025**

_____
**H**onorable Vincent F. Papalia
**United States Bankruptcy Judge**

Debtor(s): CONRAD MANISERA

Case No.: 24-20282

Caption of Order: Order of Dismissal

---

Upon the Debtor's failure to comply with the order entered on 03/03/2025 and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr.P.2002(f), the Clerk shall notify all parties in interest of the entry of this order.

ORDERED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee from payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable Trustee fees and commissions, except any adequate protection payments due under the proposed plan or by Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-20282-VFP |
| Conrad Manisera | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 04, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Conrad Manisera, 113 Morris Avenue, Denville, NJ 07834-1736 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2025         Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew G. Greenberg | on behalf of Debtor Conrad Manisera a.greenberglawfirm@verizon.net |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor Federal Home Loan Mortgage Corporation kimwilson@raslg.com |
| Kimberly A. Wilson | on behalf of Creditor BP-JR 1 Loan Trust kimwilson@raslg.com |
| Kimberly A. Wilson | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 kimwilson@raslg.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 04, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Marie-Ann Greenberg
    magecf@magtrustee.com

Peter Adel Lawrence, I
    on behalf of Creditor Select Portfolio Servicing Inc., as servicer for CSMC 2022-JR1 Trust bankruptcy@fskslaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8